IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | |
| Plaintiff, | No. CIV S-11-3339 KJM DAD PS |
| vs. | |
| SCOTT H. NULTON, and TONI L. NULTON, | ORDER |
| Defendants. | |
| ──────────────────────/ | |

Defendants are proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

On December 28, 2011, the magistrate judge filed findings and recommendations, which were served on defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and defendants have not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2011 (ECF No. 3) are adopted in full;

2. This action is summarily remanded to the Superior Court of California, County of Sacramento; and

3. The Clerk is directed to close this case.

DATED: February 29, 2012.

_____
UNITED STATES DISTRICT JUDGE

/wilmingtonsavings-nulton3339.jo